# United States Court of Appeals
## For the First Circuit

---

## NOTICE OF APPEARANCE

No. 23-1354     Short Title: 3137, LLC, et als. v. Town of

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
3137, LLC; 541 Main Street Realty Trust; Ember Pizza, Inc.; The Port Restaurant and Bar, Inc. as the

[✓] appellant(s)     [ ] appellee(s)     [ ] amicus curiae

[ ] petitioner(s)    [ ] respondent(s)   [ ] intervenor(s)

/s/ Raymond H. Tomlinson, Jr.
Signature

May 1, 2023
Date

Raymond H. Tomlinson, Jr.
Name

TOMLINSON | LAW
Firm Name (if applicable)

(508) 348-9030
Telephone Number

1170 Main Street, Suite #1
Address

(508) 422-0930
Fax Number

West Barnstable, MA 02668
City, State, Zip Code

rht@tomlinsonlaw.com
Email (required)

Court of Appeals Bar Number: 125068

Has this case or any related case previously been on appeal?

[✓] No     [ ] Yes   Court of Appeals No.

================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

## ADDITIONAL REPRESENTED PARTIES

Justin R. Brackett, and Jared G. Brackett

## CERTIFICATE OF SERVICE

I, Raymond H. Tomlinson, Jr., hereby certify that on this day, I caused a true and accurate copy of the foregoing document to be electronically filed and served through the Electronic Case Filing System upon all registered participants as identified on the Notice of Electronic Filing, and that a paper copy shall be served via electronic mail and/or U.S. Mail Deliver thereof, postage prepaid, upon those indicated as non-registered participants.

*/s/ Raymond H. Tomlinson, Jr.*
Raymond H. Tomlinson, Jr.

Dated: May 1, 2023